UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SAMMIE MCDONALD, JR.,

        Plaintiff,

-vs-                                    Case No.  2:08-cv-179-FtM-29SPC

GLADES ELECTRIC CO-OP,

        Defendant.
_____

**ORDER**

This matter comes before the Court on the Parties' Joint Motion to Extend Dates Set Forth in the Case Management and Scheduling Order (Doc. #53) filed on November 13, 2010.  Due to settlement discussions, the Parties' jointly move for an extension of the dispositive motion and trial deadlines in this case.  For good cause shown, the Court will grant the requested extensions.  The Parties are to inform the Court immediately if this case settles.

Accordingly, it is now

**ORDERED:**

Joint Motion to Extend Dates Set Forth in the Case Management and Scheduling Order (Doc. #53) is **GRANTED**.  The deadlines in this case are amended as follows:

| Dispositive Motions, *Daubert*, and *Markman* Motions | **January 28, 2011** |
|---|---|
| Meeting In Person to Prepare Joint Final Pretrial Statement (Including a Single Set of Jointly Proposed Jury Instructions and Verdict Forms (With diskette), Voir Dire Questions, Witnesses Lists, Exhibit Lists on Approved Form) | **April 25, 2011** |

| Joint Final Pretrial Statement | May 9, 2011 |
|---|---|
| All Other Motions Including Motions *In Limine*, Trial Briefs | May 9, 2011 |
| Final Pretrial Conference     Date:<br>    Time:<br>    Judge: | **May 23, 2011**<br>**9:00 a.m.**<br>**Hon. John E. Steele** |
| Trial Term Begins<br>(Trials Before Magistrate Judges Begin on Date Certain) | **June 6, 2011** |

**All other deadlines remain unchanged.**

      **DONE AND ORDERED** at Fort Myers, Florida, this   16th   day of November, 2010.

                                                    */s/ Sheri Polster Chappell*
                                                    SHERI POLSTER CHAPPELL
                                                    UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record