**ORDERED:**

The Plaintiff, Sammie McDonald, Jr.'s Motion to Compel Production of Documents   (Doc. #117) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this   1st   day of June, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record